UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSHUA C. GEORGE

VERSUS

LT. S. LASSARD, ET AL

CIVIL ACTION

NO. 04-304-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 8, 2007 (doc. no. 111) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this matter is DISMISSED for failure to prosecute in accordance with Rule 41(b), Fed. Rules of Civil Procedure and Uniform Local Rule 41.3, and for failure to obey the orders ot the Court in accordance with Rule 16 and Rule 27(b)(2)(C) of the Fed. Rules of Civil Procedure.

Baton Rouge, Louisiana, this 14th day of December, 2007.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE